977 A.2d 1088

Joel S. ARIO, Insurance Commissioner of the Commonwealth of Pennsylvania

v.

PHICO INSURANCE COMPANY.

Petition of Ellisa Young, D.O.

No. 77 EM 2009.

Supreme Court of Pennsylvania.

July 28, 2009.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of July, 2009, the "Application for Leave to Appeal *Nunc Pro Tunc*" is **GRANTED.** Petitioner is directed to file her appeal within 30 days of this order.